UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EDY COLON,

          Plaintiff,　　　　　　No. 22 –CV- 1896 (ALC) (OTW)

      -against-　　　　　　**ORDER**

3530 EQUITIES LLC, et al.,

          Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, United States Magistrate Judge**:**

The parties are directed to file a joint status letter following the consummation of Mediation.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: April 26, 2022　　　　　　　　　　**Ona T. Wang**
       New York, New York　　　　　　　United States Magistrate Judge